**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**UNITED STATES OF AMERICA**

**VS.**                                    **4:12CR00022-03-SWW**

**ALBERT CHARLES ENGELBERGER**

**ORDER**

Defendant's Motion for Reconsideration (Doc. No. 68) is DENIED.

Defendant's base offense level was determined by his career offender status under § 4B1.1, not the drug quantity table, so he is not eligible for a reduction. Defendant had a total offense level of 34, criminal history category of VI, and a guideline range of 262 to 327 months. However, based on a departure, he was sentenced to 151 months.

IT IS SO ORDERED this 5th day of May, 2016.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE